MELINDA HAAG (CABN 132612)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

REBECCA FALK (CSBN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6748
    rebecca.falk@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendant. | No. 12-02953 JCS<br><br>STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

    Defendant United States Department of Defense ("Defendant") and Plaintiff American Small Business League ("Plaintiff"), by and through their respective counsel, stipulate to extend the time for Defendant to respond to Plaintiff's Complaint pursuant to Civil Local Rule 6-1(a) of the Northern District of California, as follows:

    1.    On June 7, 2012, Plaintiff filed its Complaint for Injunctive Relief under the Freedom of Information Act ("Complaint");

    2.    On June 13, 2012, the U.S. Attorney's Office received a copy of Plaintiff's Complaint by certified mail;

    3.    Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendant's response to the Complaint is

presently due to be filed and served on July 13, 2012;

    4.    The parties have agreed to a thirty-day extension of time for Defendant to respond to the Complaint from July 13, 2012 to August 13, 2012;

    5.    No prior extensions of time have been requested or granted; and

    6.    This change will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that Defendant will have until August 13, 2012 to respond to Plaintiff's Complaint.

DATED: July 6, 2012        Respectfully submitted,

                                                          /s/ Robert E. Belshaw
Robert E. Belshaw
Attorneys for Plaintiff

DATED: July 6, 2012        Respectfully submitted,
MELINDA HAAG
United States Attorney

                                                          /s/ Rebecca Falk
REBECCA FALK
Assistant United States Attorney
Attorneys for Defendant

Dated: July 9, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero