1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  SARA WINSLOW (DCBN 457643)
   Acting Chief, Civil Division
4  REBECCA FALK (CSBN 226798)
   Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102-3495
    Telephone: (415) 436-7022
7   FAX: (415) 436-6748
    rebecca.falk@usdoj.gov
8
9  Attorneys for Defendants

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION
13

14 AMERICAN SMALL BUSINESS              )   No. 12-02953 SI
   LEAGUE,                              )
15                                      )
        Plaintiff,                      )   **STIPULATION TO CONTINUE DATE**
16                                      )   **OF INITIAL CASE MANAGEMENT**
        v.                              )   **CONFERENCE; [P~~ROPOSE~~D] ORDER**
17                                      )
   UNITED STATES DEPARTMENT OF          )
18 DEFENSE,                             )
                                        )
19      Defendant.

20

21      Subject to the approval of the Court, the parties hereby stipulate that the Initial Case

22 Management Conference in this action, currently scheduled for September 14, 2012, at 2:30 p.m.,

23 will be continued to November 2, 2012, at 9:00 a.m., or as soon thereafter as the parties may be

24 heard.  The parties request and have stipulated to this continuance because the Defendant's

25 Motion to Dismiss will be filed on or before September 12, 2012, and the parties agree that the

26 initial case management conference should be continued until such motion is heard by the Court.

27 ///

28 ///

STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE
Case No. 12-02953 SI

| | | |
|---|---|---|
| DATED: September 4, 2012 | By: | /s/ Robert Belshaw |
| | | Robert Belshaw |
| | | Counsel for Plaintiff |

MELINDA HAAG
United States Attorney

| | | |
|---|---|---|
| DATED: September 4, 2012 | By: | /s/ Rebecca Falk |
| | | Rebecca A. Falk |
| | | Assistant United States Attorney |
| | | Attorneys for Defendants |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: 9/4/12

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE
Case No. 12-02953 SI